UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20209-CR-WILLIAMS/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

**WILLIAM WALTER CHANEY,**
    **Defendant.**
_____/

## FACTUAL PROFFER

Defendant William Walter Chaney (hereinafter referred to as "the Defendant"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

On Tuesday, March 13, 2018, officers from the Miami Dade Police Department were dispatched to 21935 SW 207th Avenue, in Miami, Florida, in reference to an armed robbery. Upon arrival, contact was made with "A.M." who advised he is employed at Rancho Verde Nursery as a groundskeeper. The Rancho Verde Nursery deals in the buying and selling of plants, soil, fertilizers, pots, and other items that travel in interstate commerce. A.M. stated that he saw the Defendant's vehicle drive into the business, and the Defendant attempted to engage in conversation with A.M. Because A.M. did not speak English well, A.M. directed the Defendant to the area of the nursery where the plants were for sale. When A.M. turned toward the directions of the plants and then back to face the Defendant, the Defendant pointed a black handgun at A.M. The Defendant then demanded A.M.'s money and cell phone. After A.M. provided his money and cell phone, the Defendant demanded A.M.'s identification. A.M. refused. In response to A.M.'s refusal, the Defendant discharged a round of ammunition towards A.M.'s feet. A.M. was not injured. A.M. then complied with the Defendant's prior request and provided the Defendant with

A.M.'s property. The Defendant then fled the Rancho Verde Nursery.

The owner of the nursery called 911 and provided a description of the Defendant and the vehicle the Defendant was driving. Law enforcement located the Defendant shortly after the robbery. While law enforcement attempted to take the Defendant into custody, a police officer with the Miami Dade Police Department, observed the Defendant throw a black firearm out of his car window. The firearm that the Defendant was recovered and impounded. The Defendant was taken into custody. The firearm was a loaded 9 mm Glock pistol, model 17, serial number G9799US, with one (1) magazine and thirteen (13) live rounds.

A.M. was taken to the scene where the Defendant was detained to conduct a show-up. A.M. positively identified the Defendant as being the individual who robbed him that morning and discharged a firearm during the robbery. Post-Miranda, the Defendant gave written consent to search his vehicle. A search of the vehicle revealed a Glock 27 magazine with rounds of ammunition. The Defendant was taken to Miami Dade Police Department Headquarters for questioning. The Defendant waived his Miranda rights per form. The Defendant admitted to possessing the firearm, magazine, and ammunition that were recovered. The Defendant admitted that he was at the Rancho Verde nursery that morning, but stated he was only looking for plants to purchase.

After the Defendant robbed the Rancho Verde nursery, the business was closed for a period of three hours resulting in a loss of profits. The Defendant agrees that Rancho Verde Nursery deals

in the buying and selling of plants, soil, fertilizers, pots, and other items that travel in interstate commerce.

Date: 11/12/19    By: _____
CHRISTINE HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

Date: 11/12/19    By: _____
JOHN WYLIE
ATTORNEY FOR DEFENDANT

Date: 11/12/19    By: _____
WILLIAM WALTER CHANEY
DEFENDANT

3